Lead Counsel: James E. Shadduck, OSB# 870830
7318 N. Leavitt Avenue
Portland, OR  97203
Phone: 503-847-2747/ Fax: 503-980-7881
jim@shadducktriallaw.com

Robert Le, OBS# 094167
5895 Jean Road, Ste.110
Lake Oswego, OR 97035
Phone: 503-379-1901/ Fax: 888-527-9501
info@robdle.com

Attorneys for Plaintiff, Hien Nguyen

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| HIEN NGUYEN, | Case No.: 3:13-cv-00771-ST |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CIVIL COMPLAINT** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |

Plaintiff, Hien Nguyen, through his counsel, hereby gives notice of his voluntary dismissal of civil complaint against Defendant.

_____
Robert Le, OSB# 094167
Attorney for Plaintiff